**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2025
```

------------------------------------x
: 
UNITED STATES OF AMERICA            :
:
    -against-                       :          **ORDER**
:
Yeferson Alejandro Prieto Galviz    :
:           25-cr-76-15 (MKV)
:              Docket #
------------------------------------x

__Mary Kay Vyskocil__, **DISTRICT JUDGE**:
       Judge's Name

The C.J.A. attorney assigned to this case __Camille Abate__ is hereby ordered substituted
                                               Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to __Julian S. Brod__, NUNC-PRO-TUNC __11/20/2025__.
                                     Attorney's Name

                        SO ORDERED.

                        _Mary Kay Vyskocil_
                        UNITED STATES DISTRICT JUDGE

Dated:  **November 20, 2025**
        **New York, New York**